as Warden of Attica Prison.— [In each action] Motion to prosecute an appeal as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES ROBINSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST JACKSON, Appellant.— Time for argument of appeals enlarged to include May 1961 Term, without prejudice to the right to renew in view of the existing circumstances.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY LEE HINES, Appellant.— Time for argument of appeal enlarged and case set down for argument at March 1961 Term. District Attorney directed to file brief on or before March 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLIVER BODDIE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERTHA THOMAS, Petitioner, v. SUPERINTENDENT OF WESTERN REFORMATORY FOR WOMEN, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BEHAHLTER, Appellant.— Victor V. Augustine, Jr., Esq., replaced as counsel by Robert E. White, Esq., of Auburn; time for argument of appeal enlarged to include March 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HUNT, Appellant.— Reargument of appeal granted on court's own motion and case set down for reargument at March 1961 Term.

■ (A) In the Matter of JOHN R. ALEX, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (Paul Magill, Esq., assigned counsel.) (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BARBER, Appellant. (Peter L. Parrino, Esq., assigned counsel.) (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS G. BROWN, Appellant. (Harold B. Ashworth, Esq., assigned counsel.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMEDIO CIANI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (Frank M. Leary, Esq., assigned counsel.) (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FALZONE, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MORGAN, JR., Appellant. (Eugene J. Ouchie, Esq., assigned counsel.) (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SMITH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— [In each action] Motion granted to prosecute appeal on original papers and typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH B. TILKINS, Appellant.— Reargument of motion granted on court's own motion, and upon reargument, motion granted to prosecute appeal on original papers, five copies of typewritten brief; Max Goldman, Esq., assigned as counsel to conduct appeal and time for argument of appeal enlarged to include March 1961 Term.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased, as Executor of ROSE SHAPIRO, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed by April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of WALTER S. FORSYTH.— Motion granted and order dismissing appeal vacated; case set down for argument at March 1961 Term; respondent's brief must be filed on or before March 16, 1961.